**No. 48771.**—Protests 949346–G, etc., of Baltic Trading Co., Ltd., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 48772.**—Protests 906817–G, etc., of Roethlisberger & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269, and (2) 1 percent for other cheese similar to Reggiano cheese the subject of said C. D. 706. Protests sustained to this extent.

**No. 48773.**—Protests 767466–G, etc., of Roethlisberger & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases, the following allowances were made by the court to compensate for the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269; (2) 1 percent for that similar to Reggiano cheese the subject of said C. D. 706; and (3) an allowance was also made for the weight of the paper or foil, or both, in which certain cheese was wrapped, following *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). Protests sustained to this extent.

**No. 48774.**—Protests 618046–G, etc., of Kraft Phenix Cheese Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and the cited cases, the following allowances were made by the court to compensate for the foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269; (2) 1 percent for that similar to Reggiano cheese the subject of said C. D. 706; and (3) an allowance was also made for the weight of the paper or foil, or both, in which certain cheese was wrapped, following *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). Protests sustained to this extent.